UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FLOYD HARRIS**                                                **PLAINTIFF**

**V.**                            **CIVIL ACTION NO. 1:06CV43 LTS-RHW**

**ALLSTATE INSURANCE COMPANY**
**and RONALD TUBB**                                        **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That the plaintiffs' motion to remand [7] is hereby **GRANTED**;

That this action is hereby remanded to the Circuit Court of Harrison County, Mississippi, and that the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 24th day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge